IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JANIE BROGDON                                                              PLAINTIFF

V.                    CASE NO. 3:10CV00213 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 17th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE